# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2020

161618(49)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAYMOND J. CAREY,
   Plaintiff-Appellant,

v

FOLEY & LARDNER, LLP,
   Defendant-Appellee.

_____/

SC: 161618
COA: 344940
Wayne CC: 13-013005-CK

   On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before September 17, 2020.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2020



Clerk